UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ROSEMON CALVIN RICK PILOT, | § § § | |
| Plaintiff, | § | |
| V. | § | CIVIL ACTION NO. 2:25-MC-00017 |
| | § | |
| 21st MORTGAGE CORPORATION, | § § § | |
| Defendant. | § | |

### ORDER ADOPTING MEMORANDUM & RECOMMENDATION

Before the Court is Magistrate Judge Mitchel Neurock's Memorandum and Recommendation ("M&R"). (D.E. 2). The M&R recommends that the Court deny Plaintiff's application to proceed *In Forma Pauperis*. *Id.* at 1. No objections to the M&R have been filed.

When a party objects to the findings and recommendations of a magistrate judge, the district judge "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). As to any portion for which no objection is filed, a district court reviews for clearly erroneous factual findings and conclusions of law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam). Having reviewed the proposed findings and conclusions of the M&R, the record, and the applicable law, the Court **ADOPTS** the findings and conclusions of the M&R, (D.E. 2). Accordingly, the Court **DENIES** Plaintiff's motion to proceed *In Forma Pauperis*. (D.E. 1).

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
March 5th, 2025